PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LONNIE SANFORD,<br><br>                    Defendant. | Case No. 1:22-po-00049-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  April 25, 2022                    Respectfully submitted,

                                                           PHILLIP A. TALBERT
                                                           United States Attorney

                                             By:    /s/ Jeffrey A. Spivak___
                                                           JEFFREY A. SPIVAK
                                                           Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __**April 26, 2022**__

UNITED STATES MAGISTRATE JUDGE